954 So.2d 1177 (2007)
RESTAURANT COLLECTION, INC., Appellant,
v.
CERTAIN UNDERWRITERS AT LLOYDS, Eduardo Ascano, Ehab Albarabi, Nabil Arafat, Usama El-A-Baidy, Esam Hessein, Mohammad Natour, Usama Mohamed, Ehab Mohamed a/k/a Max Morgan., Appellees.
No. 3D06-1370.
District Court of Appeal of Florida, Third District.
April 11, 2007.
Sperry, Shapiro Kashi, P.A. and Joseph S. Kashi (Plantation), for appellant.
Clinton D. Flagg, Miami, and Jenelle E. LaChuisa, for appellee.
Before COPE, C.J., and GREEN and LAGOA, JJ.
PER CURIAM.
Affirmed. See State Farm Fire & Cas. Co. v. Compupay, Inc., 654 So.2d 944 (Fla. 3d DCA 1995).